IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Katelyn Lattimore, | ) | C/A No.: 0:18-3284-JMC-SVH |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Group Delphi, Inc., | ) | |
| Defendant. | ) | |

This matter comes before the court on the parties request for an order pursuant to Federal Rule of Evidence 502(d) in this case. Pursuant to F.R.E. 502(d), it is ordered that, the production of privileged or work-product protected documents, electronically-stored information ("ESI") or information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This order shall be interpreted to provide the maximum protection allowed by F.R.E. 502(d).

IT IS SO ORDERED.

April 25, 2019  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

1